**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TONY R. ROSS**                                                                                                **PLAINTIFF**

**V.**            **CASE NO.: 5:06CV00140 JMM/BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Amended Complaint (#14) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE