**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TONY R. ROSS**                                                                                            **PLAINTIFF**

**V.**                    **CASE NO.: 5:06CV00140 JMM/BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 31st day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE